```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 18-03301-HWV
Steven Allen Altland                                           Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh                Page 1 of 1          Date Rcvd: Nov 05, 2018
                              Form ID: ntcnfhrg            Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
```
db            +Steven Allen Altland,   1255 Conewago Avenue,   Manchester, PA 17345-9410
5093311       +E. HALEY ROHRBAUGH,    CGA LAW FIRM,   135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5093315       +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,   701 MARKET ST., STE 5000,
                PHILADELPHIA, PA 19106-1541
5093316       +MOREQUITY #2616,   5010 CARRIAGE DR,   EVANSVILLE, IN 47715-2570
5093317       +MR. COOPER,   ATTN: BANKRUPTCY,   8950 CYPRESS WATERS BLVD,   COPPELL, TX 75019-4620
5093313       +PA DEPARTMENT OF REVENUE,   PO BOX 281061,   HARRISBURG, PA 17128-1061
5093312       +SECRETARY OF TREASURY,   15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001
5105769       +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                ATTN: Bankruptcy Dept,   PO Box 619096,   Dallas TX 75261-9096
5115198        WILMINGTON TRUST, NATIONAL ASSOCIATION,,   OCWEN LOAN SERVICING, LLC,
                Attention: Bankruptcy Department,    P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5116565       +E-mail/Text: g20956@att.com Nov 05 2018 19:13:28     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
5093314        E-mail/Text: cio.bncmail@irs.gov Nov 05 2018 19:12:58     INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,   P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5117894        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2018 19:21:05
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5093318       +Fax: 407-737-5634 Nov 05 2018 19:36:46     OCWEN LOAN SERVICING, LLC,
                ATTN: RESEARCH/BANKRUPTCY,   1661 WORTHINGTON ROAD, SUITE 100,
                WEST PALM BEACH, FL 33409-6493
5093319       +E-mail/Text: bankruptcynotices@psecu.com Nov 05 2018 19:13:30     P S E C U,
                ATTENTION: BANKRUPTCY,   PO BOX 67013,   HARRISBURG, PA 17106-7013
5093320       +E-mail/Text: bankruptcydepartment@tsico.com Nov 05 2018 19:13:32     TRANSWORLD SYS INC/51,
                ATTN: BANKRUPTCY,   PO BOX 15618,   WILMINGTON, DE 19850-5618
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5093310*      +STEVEN ALLEN ALTLAND,   1255 CONEWAGO AVENUE,   MANCHESTER, PA 17345-9410
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Steven Allen Altland hrohrbaugh@cgalaw.com,
                kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Kevin Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,AS TRUSTEE FOR AMERICAN
                GENERAL MORTGAGE LOAN TRUST 2009-1, AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
                2009-1 kbuttery@rascrane.com
              Thomas Song    on behalf of Creditor    Wilmington Trust, National Association, As Successor et al
                pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Altland,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−03301−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 5, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 12, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 5, 2018 |

ntcnfhrg (03/18)