UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: STEVEN A ALTLAND | CASE NO: 18-03301 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | Judge: Henry W. Van Eck |
| | Hearing Location: Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor) Third & Walnut Streets, Harrisburg, PA 17101 |
| | Hearing Date: February 13, 2019 |
| | Hearing Time: 9:30 am |
| | Response Date: February 6, 2019 |

On 1/4/2019, I did cause a copy of the following documents, described below,

1st Amended Chapter 13 Plan with funding analysis

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/4/2019

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEVEN A ALTLAND | CASE NO: 18-03301 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>Judge: Henry W. Van Eck<br>Hearing Location: Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor) Third & Walnut Streets, Harrisburg, PA 17101<br>Hearing Date: February 13, 2019<br>Hearing Time: 9:30 am |

On 1/4/2019, a copy of the following documents, described below,

1st Amended Chapter 13 Plan with funding analysis

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/4/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George Street
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ATT MOBILITY II LLC | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141 | ATT SERVICES INC | STEVEN ALLEN ALTLAND |
| CASE 1-18-BK-03301-HWV | KAREN A CAVAGNARO PARALEGAL | 1255 CONEWAGO AVENUE |
| MIDDLE DISTRICT OF PENNSYLVANIA | ONE ATT WAY SUITE 3A104 | MANCHESTER PA 17345-9410 |
| HARRISBURG | BEDMINSTER NJ 07921-2693 | |
| FRI JAN 4 09-35-33 EST 2019 | | |

KEVIN BUTTERY
RAS CRANE
10700 ABBOTTS BRIDGE ROAD SUITE 170
DULUTH
DULUTH GA 30097-8461

~~EXCLUDE~~
~~CHARLES J DEHART III TRUSTEE~~
~~8125 ADAMS DRIVE SUITE A~~
~~HUMMELSTOWN PA 17036-8625~~

~~EXCLUDE~~
~~E HALEY ROHRBAUGH~~
~~CGA LAW FIRM~~
~~135 NORTH GEORGE STREET~~
~~YORK PA 17401-1132~~

ASHLEE CRANE FOGLE
RAS CRANE LLC
10700 ABBOTTS BRIDGE RD
SUITE 170
DULUTH GA 30097-8461

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOHN DEERE FINANCIAL FSB DBA JOHN DEERE
PO BOX 6600
JOHNSTON IA 50131-6600

KML LAW GROUP PC
BNY MELLON INDEPENDENCE CTR
701 MARKET ST STE 5000
PHILADELPHIA PA 19106-1541

LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS
ASSIGNEE OF CITIBANK SOUTH DAKOTA NA
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MOREQUITY 2616
5010 CARRIAGE DR
EVANSVILLE IN 47715-2570

MR COOPER
ATTN BANKRUPTCY
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

OCWEN LOAN SERVICING LLC
ATTN RESEARCHBANKRUPTCY
1661 WORTHINGTON ROAD SUITE 100
WEST PALM BEACH FL 33409-6493

P S E C U
ATTENTION BANKRUPTCY
PO BOX 67013
HARRISBURG PA 17106-7013

PA DEPARTMENT OF REVENUE
PO BOX 281061
HARRISBURG PA 17128-1061

ELIZABETH HALEY ROHRBAUGH
CGA LAW FIRM
135 N GEORGE STREET
YORK PA 17401-1132

SECRETARY OF TREASURY
15TH PENN AVENUE NW
WASHINGTON DC 20220-0001

THOMAS SONG
PHELAN HALLINAN DIAMOND JONES
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

TRANSWORLD SYS INC51
ATTN BANKRUPTCY
PO BOX 15618
WILMINGTON DE 19850-5618

US BANK NATIONAL ASSOCIATION
NATIONSTAR MORTGAGE LLC DBA MR COOPER
ATTN- BANKRUPTCY DEPT
PO BOX 619096
DALLAS TX 75261-9096

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

WILMINGTON TRUST NATIONAL ASSOCIATION
OCWEN LOAN SERVICING LLC
ATTENTION- BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541