# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     STEVEN ALLEN ALTLAND
             Debtor(s)

CHARLES J. DEHART, III            CHAPTER 13
CHAPTER 13 TRUSTEE
             Movant

vs.                                               CASE NO: 1-18-03301-HWV

STEVEN ALLEN ALTLAND
             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 24, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 18, 2019.

2. A hearing was held and an Order was entered on May 22, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                          Respectfully submitted,

                                                          s/   James K. Jones, Esq.
                                                          Id:   39031
                                                          Attorney for Trustee
                                                          Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee
                                                         Ste. A, 8125 Adams Drive
                                                          Hummelstown, PA   17036
                                                         Ph.   717-566-6097
                                                         Fax. 717-566-8313
                                                         eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: STEVEN ALLEN ALTLAND

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-03301-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: August 28, 2019

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: July 24, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN ALLEN ALTLAND

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

STEVEN ALLEN ALTLAND

          Respondent(s)

CHAPTER 13

CASE NO: 1-18-03301-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 24, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| E. HALEY ROHRBAUGH<br>CGA LAW FIRM, P.C.<br>135 NORTH GEORGE ST<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| STEVEN ALLEN ALTLAND<br>1255 CONEWAGO AVENUE<br>MANCHESTER, PA 17345 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 24, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN ALLEN ALTLAND

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE Movant | |
| STEVEN ALLEN ALTLAND | CASE NO: 1-18-03301-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.