```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-03301-HWV
Steven Allen Altland                                                      Chapter 13
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: MichaelMc            Page 1 of 2            Date Rcvd: Dec 05, 2019
                               Form ID: ordsmiss          Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db             +Steven Allen Altland,    1255 Conewago Avenue,    Manchester, PA 17345-9410
5093311        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5132071        +John Deere Financial, f.s.b., dba John Deere Fin,     PO Box 6600,   Johnston, IA 50131-6600
5093315        +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                 PHILADELPHIA, PA 19106-1541
5093316        +MOREQUITY #2616,    5010 CARRIAGE DR,    EVANSVILLE, IN 47715-2570
5093317        +MR. COOPER,    ATTN: BANKRUPTCY,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019-4620
5093313        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5093312        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5105769        +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
5115198         WILMINGTON TRUST, NATIONAL ASSOCIATION,,     OCWEN LOAN SERVICING, LLC,
                 Attention: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5116565        +EDI: CINGMIDLAND.COM Dec 06 2019 00:13:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5093314         EDI: IRS.COM Dec 06 2019 00:13:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5117894         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2019 19:14:38
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5093318        +Fax: 407-737-5634 Dec 05 2019 19:10:11      OCWEN LOAN SERVICING, LLC,
                 ATTN: RESEARCH/BANKRUPTCY,    1661 WORTHINGTON ROAD, SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
5093319        +E-mail/Text: bankruptcynotices@psecu.com Dec 05 2019 19:09:56      P S E C U,
                 ATTENTION: BANKRUPTCY,    PO BOX 67013,    HARRISBURG, PA 17106-7013
5093320        +E-mail/Text: bankruptcydepartment@tsico.com Dec 05 2019 19:09:57       TRANSWORLD SYS INC/51,
                 ATTN: BANKRUPTCY,    PO BOX 15618,    WILMINGTON, DE 19850-5618
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5093310*       +STEVEN ALLEN ALTLAND,    1255 CONEWAGO AVENUE,    MANCHESTER, PA 17345-9410
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION,AS TRUSTEE FOR
               AMERICAN GENERAL MORTGAGE LOAN TRUST 2009-1, AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2009-1 afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Steven Allen Altland hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James   Warmbrodt    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION,AS TRUSTEE FOR AMERICAN
               GENERAL MORTGAGE LOAN TRUST 2009-1, AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2009-1 bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION,AS TRUSTEE FOR AMERICAN
               GENERAL MORTGAGE LOAN TRUST 2009-1, AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2009-1 kbuttery@rascrane.com
              Thomas   Song    on behalf of Creditor   Wilmington Trust, National Association, As Successor et al
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Altland,          Chapter    13

    **Debtor 1**

                          Case No.    1:18–bk–03301–HWV

## Order

  Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

  **ORDERED** that the case is hereby dismissed as to Debtor 1.

  **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 5, 2019            By the Court,

                                          Honorable Henry W. Van Eck
                                          United States Bankruptcy Judge
                                          By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)